LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDUS JEROME TOLLIVER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M. D. McDONALD,<br><br>　　　　　Respondents. | Case No. CV 09-2424-JSL (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

4
5  DATED: Aug 10, 2009                 *Spencer Letts*
                                       _____
6                                      HONORABLE J. SPENCER LETTS
                                       Senior United States District Judge
7
8  Prepared by:
9
                                       _____
10  HONORABLE OSWALD PARADA
11  United States Magistrate Judge