LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDUS JEROME TOLLIVER, | Case No. CV 09-2424-JSL (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| M. D. McDONALD, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Aug 10, 2009

_Spencer Letts_

HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge